UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JACOB MASON MINK,<br><br>  Defendant. | 6:18-CR-36-REW-HAI<br><br>**ORDER** |

  This matter is before the Court on the Recommended Disposition (DE 49) of United States Magistrate Judge Hanly A. Ingram, addressing Defendant Jacob Mason Mink's guilty plea as to Counts 1 & 2 of the Indictment (DE 1). *See also* DE 47 (Plea Agreement). Defendant appeared before Judge Ingram on April 19, 2019. DE 48 (Minutes); DE 49 Recommendation. After consenting to plead before a United States Magistrate Judge and engaging in the full colloquy required by Rule 11, he proceeded to plead guilty. *Id*. at ¶¶ 1–2. Judge Ingram found Defendant competent to plead and that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. *Id.* at ¶¶ 2-3. Accordingly, Judge Ingram recommended that the Court accept Defendant's plea and adjudge him guilty of the offense charged in Counts 1 & 2 of the Indictment. *Id.* at ¶ 4.

  Defendant had three days within which to object to Judge Ingram's recommendation, and he has not done so. *See id.* at 2–3. Nor has the United States objected. While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the Magistrate Judge's

recommended disposition, they waive any right to review. *See* Fed. R. Civ. P 59; *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 49), accepts the plea, and **ADJUDGES** Jacob Mason Mink guilty of Counts 1 & 2 of the Indictment. The Court further **GENERALLY CONTINUES** the jury trial as to this Defendant. An Order scheduling sentencing for August 7, 2019 has been entered.

This the 24th day of April, 2019.

Signed By:
*Robert E. Wier* REW
United States District Judge